The Honorable Marsha Pechman

# IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA COURTHOUSE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LORI LAWSON, Assistant or Acting Superintendent of Clallam Bay Correctional Center; and JERI BOE, Superintendent of Clallam Bay Correctional Center, JOHN DOES ONE THROUGH FIVE; JOHN DOES SIX THROUGH TEN; STATE OF WASHINGTON,<br><br>　　　　　　Defendants. | NO. 3:21−cv−05536−MJP<br><br>ORDER GRANTING AGREED STIPULATION FOR CONTINUANCE OF PRETRIAL SCHEDULING ORDER |

## 1. ORDER OF THE COURT

THIS MATTER having come before the court on Plaintiff Carlos Williams' counsel Jay H. Krulewitch and Defendants Lori Lawson and Jeri Boe's counsel Michelle Hansen's Agreed Stipulation for Continuance of Pretrial Scheduling Order, AND the Court having considered the pleadings filed herein;

**ORDER AGREED STIPULATION TO EXTEND DATES - 1**

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794

IT IS HEREBY ORDERED BY THE COURT, that the Deadline for FRCP 26(f) Conference is rescheduled for November 8, 2021, IS HEREBY GRANTED AND FURTHER;

The new deadline for Initial Disclosures Pursuant to FRCP 26(a)(1) is rescheduled for November 10, 2021, IS HEREBY GRANTED AND FURTHER;

The deadline for the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is rescheduled for November 24, 2021, IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated: October 1, 2021

Marsha J. Pechman
United States Senior District Judge

Presented by:

s/Jay H. Krulewitch
Jay H. Krulewitch, WSBA No. 17612
Attorney for Plaintiff
2611 N.E. 113th Street, Suite 300
Seattle, WA 98125
P: (206) 233-0828
F: (206) 628-0794
Attorney for Plaintiff Carlos Williams

s/Michelle H. Hansen (signature authorized by email)
MICHELLE H. HANSEN, WSBA No. 14051
Assistant Attorney General
800 Fifth Avenue, Suite 2000

**ORDER AGREED STIPULATION TO EXTEND DATES - 2**

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794

Seattle, WA 98401 -3188
E-mail: michelle.hansen@atg.wa.gov
Attorney for State Defendants

**ORDER AGREED STIPULATION TO EXTEND DATES - 3**

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794