UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>                Plaintiff,<br><br>        v.<br><br>LORI LAWSON, et al.,<br><br>                Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER ON MOTION TO COMPEL |

This matter comes before the Court on Plaintiff's Motion to Compel Documents from his Former Counsel. (Dkt. No. 41.) Having reviewed the Motion, all supporting materials, and the relevant portions of the record, the Court DENIES the Motion without prejudice as MOOT.

On December 9, 2021, the Court granted in part Plaintiff's motion to have his former attorney provide him with any records in his possession related to this lawsuit. (Dkt. No. 39.) Plaintiff now asks the Court to order his former attorney to provide him with the very same records. (Dkt. No. 41.) The relief Plaintiff requests in the Motion to Compel has already been

ORDER ON MOTION TO COMPEL - 1

granted, which makes Plaintiff's request moot. For that reason, the Court DENIES the Motion as MOOT.

If by December 28, 2021, Plaintiff has not received the materials the Court has ordered his former counsel to provide, Plaintiff may file a new motion seeking their production.

The clerk is ordered to provide copies of this order to Plaintiff, Plaintiff's former counsel, and all counsel.

Dated December 14, 2021.

Marsha J. Pechman
United States Senior District Judge