UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | ORDER GRANTING MOTION TO STRIKE |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

This matter comes before the Court on Defendants Washington Department of Corrections' and Lori Lawson's Motion to Strike a Settlement Exploration Letter. (Dkt. No. 40.) Having reviewed the Motion, Defendant Jeri Boe's Joinder (Dkt. No. 44), and all supporting materials, and noting the absence of any response, the Court GRANTS the Motion.

Plaintiff filed a copy of a form settlement exploration letter addressed to counsel for Defendants. (Dkt. No. 30.) The letter itself does not appear related to any pending motion. The letter states that it encloses a draft complaint that Plaintiff intended to file if the parties could not reach a settlement, though no such complaint is attached. (Id.)

ORDER GRANTING MOTION TO STRIKE - 1

The Court agrees with Defendants that the settlement exploration letter should not have been filed on the docket. Settlement negotiations should remain confidential as between the parties, which is consistent with Federal Rule of Evidence 408. Any settlement communications should therefore be made directly between the parties and not filed on the docket. The Court therefore GRANTS Defendants' Motion, STRIKES the settlement exploration letter (Dkt. No. 30), and will not consider the letter. But if the parties do settle this matter, they should promptly inform the Court.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated January 11, 2022.

Marsha J. Pechman
United States Senior District Judge