UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Parties filed an "Agreed Stipulation" asking for certain deadlines to be reset. (Dkt. No. 51.) Though styled an "Agreed Stipulation," the filing lacks signatures from all parties. The Court therefore DENIES the filing without prejudice to correct this omission.

\\

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Filed January 21, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2