UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LORI LAWSON, et al.,,<br><br>　　　　　　Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER APPOINTING COUNSEL |

The Court hereby appoints Jennifer E. Wellman of Skellenger Bender, PS, 1301 5th Ave, Suite 3401, Seattle, WA 98101 | (206) 623-6501 | Wellman@skellengerbender.com to represent Plaintiff as counsel pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants." Ms. Wellman is appointed for all further proceedings. See Order on Third Motion to Appoint Counsel (Dkt. No. 54).

Counsel is directed to file a Notice of Appearance within seven (7) calendar days of entry of this Order. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should be filed immediately with the Court.

In the event that Plaintiff prevails, appointed counsel may move for an award of attorneys' fees under any applicable authority. But the Court is unable to assure counsel of compensation from any other source.

Given the Court's appointment of counsel who can effectively exchange discovery with Defendants, the Court DENIES as MOOT Plaintiff's pending Motion to Serve Discovery Electronically. (Dkt. No. 55.) Should the parties reach an impasse on any discovery issue after exhausting all meet and confer efforts, they may bring such disputes to the Court for resolution.

Prior to appointing counsel, the Court had granted Plaintiff leave to file an amended complaint. (Dkt. No. 39.) Plaintiff has not yet filed an amended complaint. Should Plaintiff's counsel wish to file an amended complaint, counsel may do so by no later than April 22, 2022.

Lastly, the Court also hereby resets the following deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/29/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 5/6/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 5/13/2022 |

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated March 2, 2022.

Marsha J. Pechman
United States Senior District Judge