The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | NO. 21-cv-05536-MJP |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO AMEND COMPLAINT AND CORRESPONDING DEADLINES |
| LORI LAWSON, et al., | |
| Defendants. | |

THIS COURT has considered the Stipulated Motion to Extend Deadline to File Amended Complaint and Corresponding Deadlines, and the records and pleadings already on file. It is therefore,

ORDERED that the Stipulated Motion to Extend Deadline to File Amended Complaint and Corresponding Deadlines is GRANTED. Any amended complaint shall be filed no later than June 24, 2022.

FURTHER, IT IS ORDERED that the following deadlines are reset for initial disclosures and submissions of a Joint Status report and Discovery Plan:

Deadline for FRCP 26(f) Conference:            July 1, 2022

Initial Disclosures Pursuant to FRCP 26(a)(1):   July 21, 2022

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO AMEND COMPLAINT
AND CORRESPONDING DEADLINES – 1

skellenger bender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

| | |
|---|---|
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | July 29, 2022 |

DATED this 14th day of April 2022.

Marsha J. Pechman
United States Senior District Judge

Presented by:

Jennifer Wellman, WSBA No. 29193
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
jwellman@skellengerbender.com
Attorneys for Carlos Williams

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO AMEND COMPLAINT
AND CORRESPONDING DEADLINES – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501