The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>           Plaintiff,<br><br>  v.<br><br>LORI LAWSON, et al.,<br><br>           Defendants. | NO. 21-cv-05536-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL MAINES |

THIS COURT has considered the Stipulated Motion for Voluntary Dismissal of Defendant Michael Maines, this proposed form of Order, and the records and pleadings already on file. It is therefore,

ORDERED that the Stipulated Motion for Voluntary Dismissal of Defendant Michael Maines is GRANTED. Defendant Michael Maines shall be dismissed from this lawsuit without prejudice.

DATED this 28th day of July, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION FOR
VOLUNTARY DISMISSAL OF DEFENDANT
MICHAEL MAINES – 1