UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>LORI LAWSON, et al.,<br><br>    Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER ON MOTION TO WITHDRAW |

This matter comes before the Court on Plaintiff's Counsel's Unopposed Motion to Withdraw as Counsel for the Plaintiff. (Dkt. No. 79.) Having reviewed the Motion and supporting materials, the Court GRANTS the Motion.

Under Local Civil Rule 83.2 an attorney may withdraw as counsel in a civil case by leave of the Court. "The attorney will ordinarily be permitted to withdraw until sixty days before the discovery cutoff in a civil case[.]" Local Civil Rule 83.2(b)(1).

Here, the Court finds that withdrawal of counsel is appropriate. First, the Court notes that neither Plaintiff nor Defendants has opposed the request. Second, the Motion to Withdraw was

filed more than 60 days before the discovery deadline of May 15, 2023 and the withdrawal can be accomplished without material adverse effect on Plaintiff's interest. See Local Civil Rule 83.2(b)(1); RPC 1.16(b)(1). Third, Counsel has identified an irreparable breakdown in communication between her and Plaintiff that has interfered with Counsel's ability to represent Plaintiff. RPC 1.16(a)(1). Fourth, withdrawal is also appropriate because Plaintiff has failed to communicate as agreed on key matters in this action, making representation unreasonably difficult. See RPC 1.16(b)(4)-(b)(7).

Based on this record, the Court GRANTS the Motion and APROVES Jennifer Wellman's request to withdraw. Ms. Wellman shall no longer be counsel for Plaintiff and Plaintiff shall proceed pro se. Plaintiff must abide by all court-set deadlines and any other deadlines that apply per the Civil Rules and Local Civil Rules, including as to any outstanding discovery requests.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated February 14, 2023.

Marsha J. Pechman
United States Senior District Judge