UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Plaintiff has filed a Motion for a Copy of the Docket. (Dkt. No. 94.) Plaintiff, who is appearing pro se, avers that he does not have an up-to-date copy of the docket and that he needs it to proceed. (Id.; Dkt. No. 95.) The Court GRANTS the request and ORDERS the Clerk to provide Plaintiff with a copy of the docket.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Filed March 9, 2023.

                              Ravi Subramanian
                              Clerk of Court

                              s/Serge Bodnarchuk
                              Deputy Clerk

MINUTE ORDER - 2