UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL KIOSK MESSAGES |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion to Compel Kiosk Messages. (Dkt. No. 120.) Having reviewed the Motion, Defendants' Response (Dkt. No. 142), and all supporting materials, the Court DENIES the Motion.

The Local Civil Rule require the parties to meet and confer prior to filing a motion to compel and to a file a certification that they have done so. See Local Civil Rule 37(a)(1). Plaintiff has not demonstrated that he met and conferred with Defendants about his request concerning kiosk messages. Plaintiff's failure to do so is not explained or acceptable. The Court DENIES the Motion for failure to comply with this requirement.

1    Plaintiff must meet and confer with Defendants to attempt to resolve this dispute. Even if

2    the Court were to excuse Plaintiff's non-compliance with this rule, it would be unable to

3    decipher what materials are sought and whether they should be produced.

4    The Court's denial is WITHOUT PREJUDICE. After meeting and conferring with

5    counsel for Defendants, Plaintiff may file a renewed motion to compel these kiosk messages if

6    he believes that have been wrongly withheld or redacted. Any such motion must contain a

7    certification that shows compliance with Local Civil Rule 37(a)(1). Failure to do so may serve as

8    grounds to deny any such motion.

9    The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

10    Dated April 10, 2023.

11

12    Marsha J. Pechman
       United States Senior District Judge

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION TO COMPEL KIOSK MESSAGES - 2