UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | ORDER DENYING MOTION TO SEND U.S. MARSHAL |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for the U.S. Marshals to Come to Cell Front For Confidential Matter. (Dkt. No. 124.) Having reviewed the Motion, Defendants' Opposition (Dkt. No. 140), and all supporting materials, the Court DENIES the Motion.

Plaintiff asks the Court to send the U.S. Marshal to his cell to discuss concerns about his constitutional rights being "'trampled under foot' by Defendants." (Mot. at 1.) The Court does not find any merit in Plaintiff's Motion. Plaintiff has not identified any authority for his request or any specific reason why the Court should send the Marshals to visit Plaintiff in prison. The Court DENIES the Motion.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated April 10, 2023.

Marsha J. Pechman
United States Senior District Judge