1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    CARLOS WILLIAMS,                              CASE NO. C21-5536 MJP

11                          Plaintiff,              ORDER DENYING MOTION TO
                                                    COMPEL AND MOTION FOR
12          v.                                      RECONSIDERATION

13    LORI LAWSON, et al.,

14                          Defendants.

15

16          This matter comes before the Court on Plaintiff's Motion to Compel (Dkt. No. 118) and

17    Motion for Reconsideration (Dkt. No. 147). Having reviewed both Motions, Defendants' Report

18    to the Court Re: Plaintiff's Access to Case Documents (Dkt. No. 157), and all supporting

19    materials, the Court DENIES both Motions.

20          The Court previously denied Plaintiff's motion to compel his former counsel's files as

21    moot because counsel had produced them to Plaintiff. (See Order Denying Motions to Compel as

22    Moot (Dkt. No. 136).) The Court noted, however, that it was not clear whether Plaintiff had

23    access to his former counsel's files given his condition of confinement. (Id. at 2.) The Court

24

1 | ordered Defendant to report on whether and how Plaintiff has access to these materials, which

2 | they have done. (Dkt. No. 157.)

3 | The Court DENIES both Motions.

4 | First, the relief Plaintiff seeks from his Motion to Compel overlaps with his prior two

5 | motions to compel. (Compare Dkt. No. 118 with Dkt. Nos. 91, 109.) The Court's ruling denying

6 | the prior two motions to compel applies equally to this duplicative motion. (See Dkt. No. 136.)

7 | The Court therefore DENIES Plaintiff's Motion to Compel as MOOT. (Dkt. No. 118.)

8 | Second, the Court DENIES Plaintiff's Motion for Reconsideration of the Court's Order

9 | on the first two motions to compel (Dkt. No. 136). (Mot. for Reconsideration (Dkt. No. 147).)

10 | "Motions for reconsideration are disfavored." Local Civil Rule 7(h)(1). "The court will

11 | ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or

12 | a showing of new facts or legal authority which could not have been brought to its attention

13 | earlier with reasonable diligence." Id. Plaintiff has not identified any manifest error or new facts

14 | or authority that could not have been presented earlier. And based on the representations made

15 | by Defendants in their Notice (Dkt. No. 157), Plaintiff has access to his legal materials, subject

16 | to the restrictions imposed by the policies of the Department of Corrections. The Court therefore

17 | finds no basis to reconsider its ruling and DENIES the Motion for Reconsideration.

18 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

19 | Dated April 10, 2023.

20 |

21 | Marsha J. Pechman
United States Senior District Judge

22 |

23 |

24 |