UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LORI LAWSON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER DENYING MOTIONS REGARDING MEALS |

This matter comes before the Court on Plaintiff's Motion Re: Opening Meals (Dkt. No. 122, 126, 132.) Having reviewed the Motion, Defendants' Opposition (Dkt. No. 144), and all supporting materials, the Court DENIES the Motions.

Plaintiff seeks an order from the Court preventing Defendants from unwrapping his kosher meals in violation of his religious beliefs. There are no allegations in the Amended Complaint concerning Plaintiff's right to freely exercise his religion beliefs or receipt of kosher meals. Plaintiff's request therefore falls outside of the scope of this litigation and the Court DENIES the Motions.

ORDER DENYING MOTIONS REGARDING MEALS - 1

1  The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2  Dated April 10, 2023.

                                                                               *Marsha J. Pechman*

                                                                               Marsha J. Pechman
                                                                               United States Senior District Judge