UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>              Plaintiff,<br><br>   v.<br><br>LORI LAWSON, et al.,<br><br>             Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER ON DEFENDANTS' MOTION TO ENFORCE PROTECTIVE ORDER |

    This matter comes before the Court on Defendants' Motion to Enforce the Protective Order. (Dkt. No. 127.) Having reviewed the Motion, the Response of Plaintiff's former counsel (Dkt. No. 138), the Reply (Dkt. No. 134), and all supporting materials, the Court WITHHOLDS RULING on the Motion but ORDERS in camera inspection.

    Defendants ask the Court to preclude Plaintiff from having access to surveillance video from the Clallam Bay Correction Center that apparently depicts the central incident at issue in this case and which was provided to his former counsel in discovery. The Court cannot assess

1 | Defendants' request without reviewing the video. The Court therefore ORDERS Defendants to
2 | submit the video for <u>in camera inspection</u> within 7 days of entry of this Order.
3 |   The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
4 | Dated April 10, 2023.

           Marsha J. Pechman
           United States Senior District Judge