UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>               Plaintiff,<br><br>     v.<br><br>LORI LAWSON, et al.,<br><br>               Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER OF RECONSIDERATION RE: MOTION TO APPOINT |

The Court issues this Order <u>sua sponte</u> (of its own accord) to reconsider its prior Order Denying Plaintiff's Motion to Appoint Counsel. (Dkt. No. 135.) The Court has reconsidered its Order after reviewing and ruling on several motions filed by both Parties which implicate Plaintiff's ability to litigate the merits of this matter while incarcerated and subject to various restrictions on his access to the discovery and evidence in this matter. The Court is concerned that even though Plaintiff has the ability to file materials <u>pro se</u>, he may not be able to prosecute this matter fully if he lacks full access to the relevant discovery. So while the Court remains concerned about Plaintiff's ability to communicate and work cooperatively with <u>pro bono</u>

counsel, it finds that counsel should be appointed. The Court therefore DIRECTS the District's Coordinator of the Pro Bono Panel to identify an attorney(s) or law firm from the Pro Bono Panel to represent Plaintiff for all further proceedings. The Court STAYS all case deadlines (except the Court's Order requiring <u>in camera inspection</u> of the surveillance video) until counsel is identified or until further Order of the Court.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 10, 2023.

Marsha J. Pechman
United States Senior District Judge