UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | |
| | ORDER ON MOTION FOR |
| v. | STATUS UPDATE AND |
| | AMENDED SCHEDULING ORDER |
| LORI LAWSON, et al., | |
| Defendants. | |

The Court has received and reviewed Plaintiff's Motion for Status Update, which asks for information on whether the Court has identified pro bono counsel for Plaintiff. (Dkt. No. 182.) Despite the District Court Pro Bono Panel's best efforts over the past three months, no counsel has been identified to represent Plaintiff. The Court has directed the Panel to suspend its search. Plaintiff must proceed pro se in this matter, though he remains free to search for and retain counsel to represent him in this matter.

Because the Court stayed all case deadlines in its April 10, 2023 Order of

Reconsideration Re: Motion to Appoint, the existing deadlines must be reset. (See Scheduling

Order (Dkt. No. 135).) The Court therefore amends the trial date and case schedule as follows:

| Case Event | Prior Deadline | New Deadline |
|---|---|---|
| JURY TRIAL DATE | December 11, 2023 at 9:00 AM | April 15, 2024 at 9:00 AM |
| Reports from expert witness under FRCP 26(a)(2) due | May 15, 2023 | September 18, 2023 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | June 14, 2023 | October 19, 2023 |
| Discovery completed by | July 14, 2023 | November 17, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | August 14, 2023 | December 18, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | November 6, 2023 | March 11, 2024 |
| Agreed pretrial order due | November 28, 2023 | April 2, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | November 28, 2023 | April 2, 2024 |
| Pretrial conference | December 5, 2023 at 1:30 PM | April 9, 2024 at 4:00 PM |

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated July 17, 2023.

Marsha J. Pechman
United States Senior District Judge