UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LORI LAWSON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER STAYING MOTIONS AND APPOINTING PRO BONO COUNSEL ON LIMITED BASIS |

This matter comes before the Court on Plaintiff Carlos Williams' Motion for Appointment of a Classification Expert (Dkt. No. 189), Williams' Motion for Appointment of a Neuropsychologist (Dkt. No. 188), Defendants' Motion for a Physical Examination of Plaintiff (Dkt. No. 199), and Defendants' Motion for Relief from Case Scheduling Order (Dkt. No. 200). Having reviewed the Motions, the Oppositions (Dkt. Nos. 191, 192), and all supporting materials, the Court STAYS any ruling on Williams' Motions and Defendants' Motion for Physical Examination and STAYS all case deadlines in order to identify and appoint pro bono counsel on a limited basis to assist Williams with the identification and retention of the experts

1 | he seeks. The Court finds that appointment of counsel on this limited basis will serve the
2 | interests of the Court and both Parties to develop a complete record on material issues central to
3 | this litigation.
4 |       Accordingly, the Court sua sponte (of its own accord) DIRECTS the District's
5 | Coordinator of the Pro Bono Panel to identify an attorney(s) or law firm from the Pro Bono
6 | Panel to represent Williams on a limited basis to assist Williams in identifying and retaining the
7 | two experts that he seeks, to facilitate the provision of materials to the experts, and to assist in
8 | any settlement negotiations as stand-by counsel. The Court STAYS all case deadlines until
9 | counsel is identified or until further Order of the Court. The Court also DENIES Defendants'
10 | Motion for Relief from Case Scheduling Order as MOOT.
11 |       The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
12 |       Dated October 3, 2023.

Marsha J. Pechman
United States Senior District Judge