UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>LORI LAWSON, et al.,<br><br>             Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER TERMINATING STAY AND AMENDED SCHEDULING ORDER |

The Court stayed all case deadlines in its October 3, 2023 Order Appointing Pro Bono Counsel. (See Dkt. No. 205.) Unfortunately, the District's Pro Bono Panel was unable to locate any counsel, and the Court has since rescinded the appointment order. Plaintiff Carlos Williams must proceed in this matter pro se. In light of this development, the Court TERMINATES the stay and AMENDS the trial date and case schedule as follows:

\\

\\

\\

| Case Event | Prior Deadline | New Deadline |
|---|---|---|
| JURY TRIAL DATE | April 15, 2024 at 9:00 AM | October 21, 2024 at 9:00 AM |
| Reports from expert witness under FRCP 26(a)(2) due | September 18, 2023 | March 25, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | October 19, 2023 | April 24, 2024 |
| Discovery completed by | November 17, 2023 | May 24, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | December 18, 2023 | June 24, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | March 11, 2024 | September 16, 2024 |
| Agreed pretrial order due | April 2, 2024 | October 8, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | April 2, 2024 | October 8, 2024 |
| Pretrial conference | April 9, 2024 at 4:00 PM | October 14, 2024 at 1:00 PM |

All other requirements set forth in the Court's initial Scheduling Order (Dkt. No. 76) continue to apply.

\\

1  The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2  Dated December 12, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER TERMINATING STAY AND AMENDED SCHEDULING ORDER - 3