1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS WILLIAMS,

                Plaintiff,

    v.

LORI LAWSON, et al.,

                Defendants.

CASE NO. C21-5536 MJP

FURTHER ORDER ON MOTION
TO COMPEL (DKT. NO. 212)

This matter comes before the Court on Plaintiff's Status Update to the Court's December 11, 2023 Order on his Motion to Compel. (Dkt. No. 217.) In the Status Update, Plaintiff states that Defendants have not complied with the December 11, 2023 Order granting, in part, Plaintiff's Motion to Compel (Dkt. No. 212), which requires updated Request for Admission responses. According to Plaintiff, counsel for Defendants told him on a January 17, 2024 phone call that "the Court did not give a date to respond by." (Dkt. No. 217.) The Court is aware that its December 11th Order did not provide a deadline by which Defendants were to respond. (See

FURTHER ORDER ON MOTION TO COMPEL (DKT. NO. 212) - 1

Dkt. No. 212.) The Court therefore ORDERS Defendants to provide amended responses to the RFAs in compliance with the Court's December 11th Order within 7 days of entry of this Order.

As an aside, the Court notes that, at the very least, Defendants should have provided amended responses within 30 days of entry of the Order—the same amount of time permitted to respond to RFAs under Fed. R. Civ. P. 37(a)(3). The Court also notes that if Defendants were unsure of when compliance was required, they should have inquired of the Court. The Court appreciates Plaintiff bringing this issue to the Court's attention and expects both sides of this dispute to work cooperatively and avoid unnecessary judicial intervention.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated January 25, 2024.

Marsha J. Pechman
United States Senior District Judge