UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>                  Plaintiff,<br><br>   v.<br><br>LORI LAWSON, et al.,<br><br>                  Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER REGARDING COURT'S NEUTRAL EXPERTS |

The Court issues this Order further to its Order on Motion to Appoint Counsel, etc., where the Court appointed two neutral experts: (1) a neuropsychologist; and (2) a prison classification expert. (Dkt. No. 211.) Having reviewed Defendants' proposed experts and conducted its own research, the Court has identified and appointed: (1) Marnie Milner, J.D., Ph.D. as the Court's expert neuropsychologist; and (2) Wanda McRae as the Court's prison classification expert.

To assist the Court's experts, the Court ORDERS the Parties, within 30 days of entry of this Order to produce to the Court: (1) the recording of Defendants' neuropsychological

evaluation of Plaintiff Carlos Williams; (2) the raw data of Defendants' neuropsychologist's examination of Williams; (3) all records concerning Williams' medical history, including mental health history within the Parties' custody and control, including any such records obtained from any third parties; (4) all records concerning Williams' classification and housing assignments within the Department of Corrections from 1993 to the present; (5) all mental health assessments of Williams conducted by or for the Department of Corrections (DOC) from 1993 to the present; (6) all documents concerning DOC's decision to transfer Williams from Stafford Creek Correction Center – Intensive Management Unit to the Clallam Bay Correctional Complex in 2018, including, but not limited to any documents, recording, or notes concerning the February 9, 2018 custody and classification hearing; and (7) all policies applicable to the placement and classification of Williams from 2018 to the present. The Court further ORDERS Defendants to identify through which policies applied to DOC's decision to transfer Williams from Stafford Creek Correction Center – Intensive Management Unit to the Clallam Bay Correctional Complex in 2018. This identification must be filed on the docket within 30 days of entry of this Order.

The Court ORDERS the Parties to provide the documents to the Court by delivery either via U.S. Mail or delivery to the Clerk's Office with attention to the Chambers of Judge Marsha J. Pechman. Documents may also be provided in electronic format to chambers, provided that they are placed on a USB storage device or DVD.

The Court will also work with the Parties to schedule a time for Dr. Milner to conduct a neuropsychological evaluation of Williams.

\\

\\

\\

1     The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2     Dated March 13, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge