1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | ORDER DENYING MOTION TO APPOINT MENTAL HEALTH EXPERT |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Appointment of Mental Health Expert. (Dkt. No. 228.) Having reviewed the Motion, Defendants' Opposition (Dkt. No. 235), the Reply (Dkt. No. 242), and all supporting materials, the Court DENIES the Motion.

Plaintiff Carlos Williams asks the Court to appoint a mental health expert to opine on whether Williams should have been housed in the general population at Clallam Bay Corrections Center. (Dkt. No. 228.) In his Reply, Williams specifies that he seeks appointment of a psychologist who can "answer the question of 'should Mr. Williams have been housed at CBCC general population or housed in the mental health housing unit at CBCC?'" (Dkt. No. 242 at 1.)

1    The Court finds this request unnecessary because it has already appointed a neuropsychologist to
2    review and opine on Williams' mental health history and injuries, and a prison classification
3    expert who will opine on Williams' prison classification at CBCC in the general population. The
4    Court does not believe there is any need for an additional psychologist to opine on the
5    classification decision given that the Court's prison classification expert will have sufficient
6    information about Williams' mental health history to examine the classification decision. The
7    Court therefore DENIES the Motion.
8        The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
9        Dated April 2, 2024.

Marsha J. Pechman
United States Senior District Judge