UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>LORI LAWSON, et al.,<br><br>                    Defendants. | CASE NO. C21-5536 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiff's letter regarding appointment of pro bono counsel. (Dkt. No. 254.) As the Court has previously explained, because it was unable to locate pro bono counsel to represent Plaintiff it terminated the appointment. (Dkt. No. 211 at 2.) Plaintiff shall continue to represent himself pro se.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Filed April 16, 2024.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/Kathleen Albert
                                      Deputy Clerk

MINUTE ORDER - 2