UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>LORI LAWSON, et al.,<br><br>                    Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TELEPHONIC DISCOVERY CONFERENCE |

This matter comes before the Court on Plaintiff Carlos Williams' Motion for Court to Order AAG Hansen to Set Civil Rule 26(i). (Dkt. No. 257.) Having reviewed the Motion, Defendants' Opposition (Dkt. No. 272), and all supporting materials, the Court DENIES the Motion and MOOT.

Williams filed his Motion to compel counsel for Defendants to engage with him on a telephonic discovery conference in advance of the May 24, 2024 cut-off. (Dkt. No. 257.) Williams filed the Motion on April 17, 2024, and he represents the prison legal liaison officer told him that Defendants' counsel would be unavailable through April 22, 2024. (Id.) Williams

cries foul because counsel's notice of unavailability listed her as absent only to April 12, 2024. (Id.) In their opposition, Defendants explain that the prison legal liaison officer who provided the information about counsel's availability was mistaken and that the mistake was a good faith error. (Declaration of Dianna Rule ¶¶ 9-10 (Dkt. No. 273).) Defendants counsel also scheduled a telephonic discovery meeting for April 30, 2024. (Opp. at 4.) Since this filing, Williams has not filed any information suggesting the continuing need for the Court to order a telephonic discovery call.

On the record presented, the Court finds that the relief requested is MOOT. It appears the Parties scheduled a meet and confer for late April, and the Court is unaware of any continuing issues in scheduling such meetings. The Court therefore DENIES the Motion as MOOT.

The Court separately notes that notices of unavailability have no legal effect and do not relieve a party of their obligations to comply with the deadlines set by the Court and by the Federal Rules of Civil Procedure. Additionally, the Court expects the members of the Attorney General's Office to provide coverage for their cases internally if lead counsel is not available.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated May 31, 2024.

Marsha J. Pechman
United States Senior District Judge