UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>                    Plaintiff,<br><br>        v.<br><br>LORI LAWSON, et al.,<br><br>                    Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER DENYING MOTION TO COMPEL DKT. NO. 262 |

This matter comes before the Court on Plaintiff Carlos Williams' Motion to Compel Admissions. (Dkt. No. 262.) Having reviewed the Motion, the Opposition (Dkt. No. 277), and all supporting materials, the Court DENIES the Motion.

As best the Court can discern, Williams asks the Court to compel answers to his Fourth Set of Interrogatories. (See Declaration of Carlos Williams ¶ 1 (Dkt. No. 263).) Williams appears to argue that he served these interrogatories on February 7, 2024, and after being told by Defendants' counsel she did not receive them, he re-served them on March 13, 2024 by sending them in the mail. (Id. ¶¶ 2-4.) Williams reasons that a response was due within thirty days of

service and that he had not received a response by April 18, 2024. (Id. ¶¶ 5-6.) As Defendants' counsel avers, her office received a copy of the Fourth Set of Interrogatories on March 18, 2024, and Defendants then provided a response on April 18, 2024. (Declaration of Michelle Hansen ¶ 5.) Applying Rule 6(d), the responses here were due by April 15, 2024—thirty days, plus three additional days from the date of mailing. Even though Defendants' responses were tardy, the Court finds no further relief can be granted because Defendants provided their responses—albeit three days late. Because Williams does not appear to seek any additional relief, the Court DENIES the Motion as MOOT.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated May 31, 2024.

Marsha J. Pechman
United States Senior District Judge