UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>LORI LAWSON, et al.,<br><br>                Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER DENYING MOTION FOR ADDITIONAL INTERROGATORIES |

    This matter comes before the Court on Plaintiff Carlos Williams' Motion for Additional Interrogatories. (Dkt. No. 264.) Having reviewed the Motion, the Opposition. (Dkt. No. 274), the Reply (Dkt. No. 280), and all supporting materials, the Court DENIES the Motion.

    Although Williams admits he has exceeded the limit of twenty-five interrogatories, he asks the Court to permit him to serve an unspecified number of additional interrogatories "because the case is complex" and he is proceeding pro se. (Mot. at 1; Declaration of Carlos Williams ¶ 2 (Dkt. No. 265).) The Court is not convinced that Williams needs additional interrogatories to litigate this matter. Williams has already served five sets of interrogatories,

which contain eighty-seven numbered interrogatories, as well as two sets of requests for production, and three sets of requests for admission containing fifty-four total requests. (See Declaration of Michelle Hansen ¶¶ 5-6 (Dkt. No. 275).) Williams has not identified how many more interrogatories he wishes to propound, the topics he wishes to cover, or why the additional interrogatories are necessary to aid in discovery on any particular issue. Although the Court acknowledges that Williams is proceeding pro se and some of the issues in this case are complex, the Court finds no particular reason why permitting Williams additional interrogatories is necessary or proportional to the needs of this case. The Court therefore DENIES the Motion.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated May 31, 2024.

Marsha J. Pechman
United States Senior District Judge