UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | ORDER REGARDING COURT'S EXPERTS AND RESETTING THE CASE SCHEDULE |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

The Court issues this Order adding to its Order Appointing Neutral Experts. (Dkt. No. 220.) The Court indicated to the Parties that its neutral expert reports would be circulated by June 1, 2024, in advance of the June 24, 2024 dispositive motion deadline. However, the Court's experts need additional time to finalize their reports. The Court regrets this fact, but the needs arise out of family emergencies and the need for certain additional materials from Defendants. Accordingly, the Court hereby ORDERS the following changes to the case schedule:

1. The Court's neutral expert reports shall be filed on the docket and/or made available to the Parties by no later than July 1, 2024.

2. The dispositive motion deadline is extended to July 24, 2024.

3. Trial shall commence on November 12, 2024 at 9:00 AM.

4. All motions in limine must be filed by October 8, 2024.

5. The agreed pretrial order must be filed by October 30, 2024.

6. Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by October 30, 2024.

7. The Pretrial Conference shall occur on November 5, 2024 at 1:30 PM.

Additionally, in order to ensure the Court's neutral experts can complete their reports, Defendants shall produce to the Court and to Plaintiff Carlos Williams the following materials by June 17, 2024:

1. Copies of all documents concerning the following grievances that Williams filed: (1) 18649652, (2) 18647360, (3) 17645649, (4) 17645352, and (5) 17645075.

2. Copies of all Clallam Bay Corrections Center Operational Memoranda in effect from January 1, 2018 through August 31, 2018, including but not limited to those concerning grievances.

3. Although Defendants produced certain DOC policies and Clallam Bay Corrections Center memoranda responsive to the Court's request for "all policies applicable to the placement and classification of Williams from 2018 to the present," (see Dkt. No. 234), Defendants did not appear to have produced versions of the policies in effect in 2018. The Court therefore ORDERS Defendants to produce all policies and CBCC memoranda applicable to the placement and classification of Williams that were in effect during the period of January 1, 2018 to August 31, 2018.

Lastly, the Court notes that this Order addresses Williams' Motion requesting copies of the neutral expert reports. (Dkt. No. 290.) The Court directs the Clerk to terminate the motion. Williams will be provided with copies of the reports when they are finalized.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated June 12, 2024.

*(signature)*

Marsha J. Pechman
United States Senior District Judge