UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>LORI LAWSON, et al.,<br><br>                Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER RE: DEFENDANTS'<br>SUBMISSION DKT. NO. 292 |

The Court issues this Order in response to Defendants' Submission. (Dkt. No. 292.) In their Submission, Defendants indicate that they object to the production of Policy 420.315 Hospital Watch, which Defendants indicate is a "DOC restricted policy." (Dkt. No. 292 at 2.) Defendant state that they will produce the policy only if the Court excludes Plaintiff and the Public from obtaining and viewing the policy. (Id. at 2-3.) While the Court is willing to hear Defendants on this issue, the Submission itself does not contain any supporting declaration that might support Defendants' arguments.

ORDER RE: DEFENDANTS' SUBMISSION DKT. NO. 292 - 1

1       The Court therefore ORDERS Defendants to file the policy under seal on the Court's
2   docket and to file a declaration from a person who can explain based on personal knowledge the
3   reasons to why disclosure of the policy would harm Defendants and why it should be kept from
4   Plaintiff and the public. Defendants may also file briefing not to exceed 6 pages with the
5   declaration. Defendants must file the policy under seal by June 20, 2024. The declaration and
6   any briefing must be filed by June 25, 2024. The Court will then consider whether and how to
7   restrict access to the policy. At this time, the Court will not unseal or distribute the policy to
8   anyone other than its neutral expert, Wanda McRae. (See Dkt. No. 292 at 3.)

    The clerk is ordered to provide copies of this order to all counsel.

    Dated June 18, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER RE: DEFENDANTS' SUBMISSION DKT. NO. 292 - 2