UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS WILLIAMS,

                        Plaintiff,

       v.

LORI LAWSON, et al.,

                        Defendants.

CASE NO. C21-5536 MJP

ORDER FOR FURTHER
PRODUCTION

      The Court issues this Order further to its Order Regarding Court's Experts. (Dkt. No. 291). In response to the Court's Order Regarding Court's Expert's, Defendants produced a variety of DOC policies and Clallam Bay Corrections Center operational memoranda. In order to complete her report, the Court-appointed classification expert requires copies of DOC policies and CBCC operational memoranda corresponding to the following number and/or topics that were in effect in 2018 at the time of the assault of Plaintiff Carlos Williams in July 2018 and that have not been provided:

**DOC Policies**

| Number | Topic |
|---|---|
| 300.000 | Continuous Case Management |
| 300.380 | Classification and Custody |
| 300.380a1 | Override Reasons/Decisions for Custody Assignments |
| 320.250 | Maximum Custody Placement/Transfer/Release |
| 320.255 | Restrictive Housing |
| 610.110 | Transfer of Individuals for Health Reasons |

**CBCC Operational Memoranda**

| Number | Topic |
|---|---|
| CBCC 320.21 | Enhanced Close Custody Unit |
| CBCC 320.265 | Close Observation Areas |

By no later than July 2, 2024, Defendants must produce any and all policies and/or operational memoranda that correspond to either or both the "number" and "topic" identified above that were in effect in 2018 at the time of the assault of Plaintiff Carlos Williams in July 2018. If Defendants maintain that any of responsive policies or operational memoranda cannot be produced, then they must file a declaration from a person with knowledge explaining the reason(s) why. Such a declaration must be filed by no later than July 2, 2024.

Until these materials and/or Declaration are produced, the Court's expert cannot finalize her report. Once the records and/or Declaration have been produced and the report finalized, the Court will then determine what, if any, of the existing deadlines must be altered.

\\

\\

\\

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated June 27, 2024.

Marsha J. Pechman
United States Senior District Judge