UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS,<br><br>               Plaintiff,<br><br>    v.<br><br>LORI LAWSON, et al.,<br><br>               Defendants. | CASE NO. C21-5536 MJP<br><br>ORDER DISCLOSING COURT'S APPOINTED NEUROPSYCHOLOGY EXPERT'S REPORT |

Attached as Exhibit A to this Order, the Court hereby discloses the Court Appointed Neuropsychologist's report concerning Plaintiff Carlos Williams.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated June 27, 2024.

Marsha J. Pechman
United States Senior District Judge