UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS WILLIAMS, | CASE NO. C21-5536 MJP |
| Plaintiff, | ORDER REGARDING COURT'S EXPERTS AND AMENDING CASE SCHEDULE |
| v. | |
| LORI LAWSON, et al., | |
| Defendants. | |

The Court issues this Order adding to its Order Appointing Neutral Experts. (Dkt. No. 220.) The Court indicated to the Parties that its neutral expert reports would be circulated by July 1, 2024. (Dkt. No. 291.) However, the Court's classification expert needed additional materials from Defendants to finalize her report. Having now had sufficient time to review those materials that were produced July 2, 2024, the Court's classification expert has finalized her report, which is attached to this Order. In light of this delay, the Court hereby ORDERS the following changes to the case schedule:

    1. The dispositive motion deadline is extended to August 7, 2024.

2. The Parties may prepare rebuttal reports as they wish, and they must be completed within 30 days of this Order.

All other deadlines shall remain in place.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated July 17, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER REGARDING COURT'S EXPERTS AND AMEDNING CASE SCHEDULE - 2