1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    CARLOS WILLIAMS,                          CASE NO. C21-5536 MJP

11                       Plaintiff,             ORDER ON MOTION TO EXTEND
                                                TIME
12          v.

13    LORI LAWSON, et al.,

14                       Defendants.

15

16          This matter comes before the Court on Plaintiff's Motions to Extend Time. (Dkt. No.

17    343.) Having reviewed the Motion and supporting materials, the Court finds good cause to

18    extend Plaintiff's response to Defendants' Motion for Summary Judgment. While not a robust

19    request, Plaintiff has identified the limited hours of the law library and its impact on his ability to

20    respond to the pending Motion for Summary Judgment. Accordingly, the Court GRANTS the

21    Motion and EXTENDS the deadline for Plaintiff to respond to the Motion for Summary

22    Judgment by one week to Monday, September 23, 2024. Defendants' Reply to the Motion for

23

24

ORDER ON MOTION TO EXTEND TIME - 1

1   Summary Judgment shall be due by October 2, 2024. No further extensions shall be given absent

2   a strong record of good cause.

3          The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

4          Dated September 18, 2024.

5

6                                              Marsha J. Pechman
                                               United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON MOTION TO EXTEND TIME - 2